# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

DEEANN SIMPSON WILLIAMS                                                                    PLAINTIFF

V.                                                                    CIVIL ACTION NO. 1:14-CV-00186-SA-DAS

COMMISSIONER OF SOCIAL SECURITY                                                            DEFENDANT

## ORDER DENYING MOTION TO PROCEED
## ON APPEAL IN FORMA PAUPERIS

On consideration of the file and record in this action, the Court finds that the Report and Recommendation of the United States Magistrate Judge dated October 21, 2014, was on that date duly served via electronic mail, that more than fourteen days have elapsed since such service, and that no objection has been filed or served by the Plaintiff. Accordingly, the Report and Recommendation is approved and adopted as the Court's opinion.

SO ORDERED, this 5th day of November, 2014.

                                                                      **/s/ Sharion Aycock**
                                                                      **U.S. DISTRICT JUDGE**